IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEREMY HOGENKAMP,<br><br>Defendant. | ) <br>) INDICTMENT<br>) Case No. 11 CR 131 BBC<br>)<br>) 18 U.S.C. § 2252(a)(2)<br>) 18 U.S.C. § 2252(a)(4)(B)<br>) 18 U.S.C. § 2253<br>)<br>) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 31, 2009, in the Western District of Wisconsin and elsewhere, the defendant,

JEREMY HOGENKAMP,

knowingly distributed visual depictions, specifically computer image and video files, using any means or facility of interstate or foreign commerce, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions are of such conduct.

(All in violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 2

On or about January 5, 2010, in the Western District of Wisconsin and elsewhere, the defendant,

JEREMY HOGENKAMP,

knowingly distributed visual depictions, specifically computer image files, using any

means or facility of interstate or foreign commerce, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions are of such conduct.

(All in violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 3

On or about February 4, 2010, in the Western District of Wisconsin, the defendant,

JEREMY HOGENKAMP,

knowingly possessed a computer hard drive, specifically, a Hitachi hard drive, serial number LJC53EYA, containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically said hard drive, and the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and the depictions were of such conduct.

(All in violation of Title 18, United States Code, Section 2252(a)(4)(B)).

## FORFEITURE ALLEGATION

As a result of the offense charged in Count 3 of this indictment, and upon conviction for violating Title 18, United States Code, Section 2252(a)(4)(b), the defendant,

JEREMY HOGENKAMP,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in an Acer Aspire 5735 computer, and the Hitachi hard drive, serial number LJC53EYA, previously installed within the Acer Aspire 5735 computer.

A TRUE BILL

_Kristin Larson_
PRESIDING JUROR

_John W. Vaudreuil_
JOHN W. VAUDREUIL
United States Attorney

Indictment returned: 11/16/2011

3