# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**

City _Vinqua_
County/Parish _Vernon_

**Related Case Information:**

Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number
R 20/ R 40 from District of    11 CR 131

## Defendant Information:

Matter to be sealed:  ☐ Yes   ☒ No

Def. Name _Jeremy Hogenkamp_
Alias Name _____
City/State _____
Year of Birth _____   Last 4 digits of SSN _____
Sex _Male_   Race _____

## U.S. Attorney Information:

AUSA    TIMOTHY M. O'SHEA    Bar # _____
Interpreter  X No   ☐ Yes   List language and/or dialect: _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: 3    ☐ Petty   ☐ Misdemeanor   X Felony
☐ Class A
☐ Class B
☐ Class C

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2252(a)(2) | Distribution of Child Pornography | 1 |
| Set 2 | 18 U.S.C. 2252(a)(4)(B) | Distribution of Child Pornography | 2, 3 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date _11-16-11_   Signature of AUSA: _TIMOTHY M. O'SHEA_