IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 11-CR-131 |
| ) | |
| JEREMY HOGENKAMP, ) | |
| ) | |
| Defendants. ) | |

FINAL ORDER OF FORFEITURE

Based upon the motion of the United States, the entire file in this case, and good cause appearing, the Court finds that:

1. On August 1, 2012, a federal grand jury sitting in Madison, Wisconsin, returned a superseding indictment against defendant Jeremy Hogenkamp. Count One of the superseding indictment charged that on or about February 8, 2009, Hogenkamp knowingly possessed a Kingston Data 1GB flash drive containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically, said flash drive, and the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and the depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Count Two charged that on or about March 24, 2009, Hogenkamp knowingly possessed a Toshiba 120 GB hard drive, containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically, said hard drive, and the production of such visual

depictions involved the use of minors engaged in sexually explicit conduct, and the depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Count Three charged that on or about December 31, 2009, Hogenkamp knowingly distributed visual depictions, specifically, computer image and video files, using any means or facility of interstate or foreign commerce, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2). Count Four charged that on or about January 5, 2010, Hogenkamp knowingly distributed visual depictions, specifically, computer image files, using any means or facility of interstate or foreign commerce, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2). Count Five charged that on or about January 5, 2010, Hogenkamp knowingly possessed a Hitachi 250 GB hard drive, containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce, specifically, said hard drive, and the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and the depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). Count Six charged that on or about February 4, 2010, Hogenkamp knowingly possessed a Hitachi 250 GB hard drive, containing visual depictions that were produced using materials which had previously been shipped in interstate and foreign commerce,

2

specifically, said hard drive, and the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and the depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B). The superseding indictment also contained a forfeiture allegation for the forfeiture of:

    (a)    a Kingston Data 1 GB flash drive;

    (b)    a Toshiba 120 GB computer hard drive; and

    (c)    a Hitachi 250 GB computer hard drive.

2. On September 25, 2012, the defendant entered a plea of guilty to Count 3 of the superseding indictment, pursuant to a written plea agreement. The plea agreement called for the defendant to forfeit property, specifically described as a Kingston Data 1 GB flash drive, a Toshiba 120 GB computer hard drive, and a Hitachi 250 GB computer hard drive.

3. On October 10, 2012, the Court entered a Preliminary Order of Forfeiture.

4. Notice of the forfeiture was published on the official internet government forfeiture site www.forfeiture.gov from January 11, 2013 to February 9, 2013.

5. No third party has made any claim to or declared any interest in the above-described property and the time for filing a petition has expired.

IT IS THEREFORE ORDERED:

1. The following items are forfeited to the United States:

    (a)    a Kingston Data 1 GB flash drive;

    (b)    a Toshiba 120 GB computer hard drive; and

    (c)    a Hitachi 250 GB computer hard drive.

2. The above items are to be disposed of according to law.

ORDERED this __3d__ day of ~~June~~ July 2013.

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge

4